AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:21-mj-00101-SKC-1 |
| | ) | |
| Timothy Wayne Williams | ) | Charging District's Case No.   21-mj-454 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia
                                                                                                                                                    .

I have been informed of the charges and of my rights to:

(1)      retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)      an identity hearing to determine whether I am the person named in the charges;

(3)      production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)      a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
         unless I am indicted — to determine whether there is probable cause to believe that an offense has
         been committed;

(5)      a hearing on any motion by the government for detention;

(6)      request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐      an identity hearing and production of the warrant.

☐      a preliminary hearing.

☐      a detention hearing.

☒      an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
         be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
         by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:        6/4/2021                                     s/Timothy Williams, by SKC as authorized on the record
                                                                              *Defendant's signature*

                                                                 s/David Kraut, by SKC as authotized on the record
                                                                              *Signature of defendant's attorney*


                                                                              *Printed name of defendant's attorney*